

144-41 70th Road
Flushing, New York 11367
tel: 718.705.8706
fax: 718.705.8705
uri@horowitzlawpllc.com
www.horowitzlawpllc.com

March 22, 2021

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

**Via ECF**

> Application granted. The Initial Pretrial Conference scheduled for March 24, 2021 is adjourned until March 31, 2021 at 9:30 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: White Plains, NY
>       March 22, 2021

*Gonzalez v. Equifax Information Services*
**Docket No. 7:20-cv-09999-PMH**

Your Honor,

    We represent the Plaintiff, Michael Gonzalez, in the above referenced action, we write with consent of the remaining Defendant, Mid-Hudson Valley Federal Credit Union ("Mid-Hudson"), and in accordance with Your Honor's Individual Practices in advance of the Initial Conference, presently scheduled for March 24, 2021 at 9:30 AM.

    We write to respectfully request an adjournment of the Initial Conference to a later date due to Plaintiff's counsel's inability to attend due to a previously scheduled medical appointment.

    This is Plaintiff's first request for an adjournment, and the prospective adjournment will not affect any other calendared date.

    We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully,

/s/ *Uri Horowitz*
Uri Horowitz

CC: *All Counsel of Record via ECF*